# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

vs.

LUIS ALBERTO MARTINEZ,
a/k/a "El Panamanian",

Defendant.
_____ /

CRIMINAL COMPLAINT

FILED by ___ D.C.
MAG. SEC.

SEP 17 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

CASE NUMBER: 04-3189 RLD

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about February 4, 2004, in Miami-Dade County, in the Southern District of Florida, the above-mentioned defendant, LUIS ALBERTO MARTINEZ, a/k/a "El Panamanian", an alien, having previously been deported from the United States on or about August 7, 2002, was found within the United States, knowingly and unlawfully, without the Attorney General or the Secretary for Homeland Security having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Senior Special Agent with United States Immigration and Customs Enforcement and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

✓ _____
ALEXANDER ZARUT, SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Sworn to before me, and subscribed in my presence,

SEPTEMBER 17, 2004                     at      Miami, Florida
Date                                            City and State

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer              Signature of Judicial Officer

# AFFIDAVIT

I, Alexander Zarut, being duly sworn, state the following:

1. I am a special agent with Immigration and Customs Enforcement, Department of Homeland Security, and as such have custody of alien files for people who have been deported from the United States. The facts in this affidavit are based on the official immigration files pertaining to Luis Alberto Martinez, who is a citizen of Panama, and on information provided by other law enforcement officers who have personal knowledge of the facts asserted.

2. On April 25, 2002, a warrant of Removal/Deportation was signed by the District Director of the Immigration and Naturalization Service, ordering the deportation of defendant Luis Alberto Martinez to Panama.

3. On August 7, 2002, the defendant was physically removed from the United States pursuant to a final order of deportation. His photograph and fingerprint were placed on the warrant by Immigration and Naturalization Service officers who witnessed the departure. The defendant was sent to Panama.

4. On or about February 4, 2004, the defendant was arrested at his residence in Coral Gables, Florida, where he had been residing for some period of time. The defendant admitted to the arresting agent that he was a citizen of Panama and had been deported from the United States in 2002.

5. A check with the official immigration records pertaining to this alien show that he never applied for permission to re-enter the United States, nor was any permission of authorization granted for him to be in the United States, by either the Attorney General or his successor for Immigration matters, the Secretary of Homeland Security.

6. The photograph of Luis Alberto Martinez taken upon his deportation in 2002 matches the appearance of this defendant.

_____
Alexander Zarut, Special Agent
U.S. Immigration and Customs Enforcement


Sworn to and subscribed before me this __19__ day of September, 2004


_____
ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE